[No. 65366-1-I.  Division One.  June 4, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW DWAYNE WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-01036-3, Gregory P. Canova, J., entered March 29, 2010. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Grosse and Lau, JJ.

[No. 65553-1-I.  Division One.  June 4, 2012.]

THE STATE OF WASHINGTON, *Appellant*, v. TIMOTHY P. GIDDENS, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-1-00751-3, Ronald L. Castleberry, J., entered May 12, 2010. *Reversed* by unpublished opinion per Cox, J., concurred in by Leach, C.J., and Schindler, J.

[No. 65802-6-I.  Division One.  June 4, 2012.]

R&T HOOD AND DUCT SERVICES, INC., *Respondent*, v. RICKY SPRUEL ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-31636-8, Gregory P. Canova, J., entered June 29, 2010. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Ellington and Lau, JJ.

[No. 66316-0-I.  Division One.  June 4, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DERRICK MICAH MORRIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-02287-9, Jean A. Rietschel, J., entered November 16, 2010. *Affirmed* by unpublished opinion per Cox, J., concurred in by Schindler and Dwyer, JJ.